IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00892-WYD-KMT

KIM HESH OLSON,

    Plaintiff,

v.

DEPARTMENT OF AGRICULTURE,

    Defendant.

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION TO DISMISS CASE**

THIS MATTER is before the Court in connection with Plaintiff's pro se Title VII Complaint. An Order of Reference to Magistrate Judge was filed on May 1, 2008. On September 4, 2008, Magistrate Judge Tafoya issued an Order to Show Cause why the case should not be dismissed without prejudice pursuant to FED. R. CIV. P. 4(m) for lack of service. Plaintiff filed a Response to the Order to Show Cause on September 15, 2008. A Report and Recommendation of Magistrate Judge was issued on December 19, 2008, and is incorporated herein by reference. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b).

Magistrate Judge Tafoya recommends therein that the case be dismissed without prejudice pursuant to Rule 4(m) for failure to serve the Defendant and for failure to prosecute, consistent with the Order to Show Cause. Recommendation at 2. She notes therein that although Plaintiff did respond to the Order to Show Cause, it has been nearly eight (8) months since the Complaint was filed and Defendant has not been

served.  Magistrate Judge Tafoya advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation. *Id.* at 9.  Despite this advisement, no objections were filed to the Magistrate Judge's Recommendation.

No objections having been filed, I am vested with discretion to review the Recommendation "under any standard [I] deem[] appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").  Nonetheless, though not required to do so, I review the Recommendation to "satisfy [my]self that there is no clear error on the face of the record."[1]  *See* FED. R. CIV. P. 72(b) Advisory Committee Notes.

Having reviewed the Recommendation, I am satisfied that there is no clear error on the face of the record.  I agree with Magistrate Judge Tafoya that Plaintiff has failed to prosecute her case and has failed to effect service on Defendant.  I further find that Plaintiff failed to show adequate cause in response to the Order to Show Cause why the case should not be dismissed without prejudice.  Accordingly, it is

ORDERED that the Report and Recommendation of Magistrate Judge dated December 19, 2008, is **AFFIRMED and ADOPTED**.  In accordance therewith, it is

ORDERED that this case is **DISMISSED WITHOUT PREJUDICE**.

---

[1] Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, FED. R. CIV. P. 72(a), which in turn is less than a de novo review, FED. R. CIV. P. 72(b).

Dated: January 13, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge